COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE: R. WAYNE JOHNSON,


 Relator.
§


 


§


 


§


 


§


 


§


 


 § 





No. 08-09-00268-CV

AN ORIGINAL PROCEEDING


IN MANDAMUS

MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator has filed a pro se petition for writ of mandamus requesting that this Court compel
the Honorable Bonnie Rangel, Judge of the 171st District Court, to "rescind her order in cause 07-4189, 171st as it is void."

 Mandamus will issue only to correct a clear abuse of discretion. See Walker v. Packer, 827
S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). In addition there must be no other adequate
remedy at law available to the relator. Id. Based on the petition and record before us, Relator has
failed to establish he is entitled to mandamus relief. See Tex. R. App. P. 52.8. Therefore, the petition
is denied.


 GUADALUPE RIVERA, Justice

November 4, 2009


Before Chew, C.J., McClure, and Rivera, JJ.